UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COW PALACE, LLC, GEORGE DeRUYTER AND SON DAIRY, LLC, and LIBERTY DAIRY, LLC/H&S BOSMA DAIRY,<br><br>     Plaintiffs,<br><br> v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY REGION 10, and DENNIS McLERRAN,<br><br>     Defendants. | NO: 1:14-CV-3104-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulated Motion for Order of Dismissal (ECF No. 44). The parties jointly move for the dismissal of this action with each party bearing its own fees, costs, and expenses. Additionally, the parties jointly move the Court to strike the Order Barring Release of the Disputed Documents Pending Resolution on the Merits (ECF No. 24).

ORDER OF DISMISSAL~ 1

Pursuant to the parties' stipulation, all claims and causes of action are **DISMISSED** without prejudice and without costs or attorney's fees to any party. Fed. R. Civ. P. 41(a)(1)(A)(ii).  Further, this Court's Order Barring Release of the Disputed Documents Pending Resolution on the Merits (ECF No. 24) is **STRICKEN**.  The U.S. Environmental Protection Agency is no longer restrained in any way by the provisions of this Order in its treatment of the records in dispute in this case.

**IT IS ORDERED:**

The parties' Stipulated Motion for Order of Dismissal (ECF No. 44) is **GRANTED**.  All claims and causes of action are **DISMISSED** without prejudice and without an award of costs or fees to any party.  This Court's Order Barring Release of the Disputed Documents Pending Resolution on the Merits (ECF No. 24) is **STRICKEN**.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

**DATED** August 20, 2015.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL~ 2